UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONE HUNDRED FORTY-NINE )<br>THOUSAND DOLLARS ($149,000) )<br>IN UNITED   STATES CURRENCY )<br>)<br>Defendant-in-rem. ) | Civ. No. 09-90-B-H |

### DECREE OF FORFEITURE

WHEREAS, on March 16, 2009, a Verified Complaint for Forfeiture against the defendant-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of of Title 21, United States Code, Section   881(a)(6);

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, between March 20, 2009 and April 18, 2009, notice of this action was published on the official government website www.forfeiture.gov;

WHEREAS, on March 22, 2009, Michael Mayer accepted service of process through his attorney Jay P. McCloskey, Esq;

WHEREAS, on May 6, 2009, Michael Mayer was defaulted;

WHEREAS, it appearing from the record no claims, contested or otherwise, have been filed against the defendant-in-rem;

**NOW THEREFORE**, on motion of the plaintiff, United States of America for a decree of forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant-in-rem is **FORFEITED** to the United States and no right, title or interest shall exist in any other person or entity;

**IT IS FURTHER ORDERED THAT** that the defendant-in-rem shall be disposed of according to law.

**SO ORDERED,**

/s/ D. Brock Hornby
D. Brock Hornby
United States District Court Judge

Dated:   May 21, 2009